# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-0039-02 |
| VERSUS | JUDGE DONALD E. WALTER |
| KOHLL'S PHARMACY & HOMECARE, INC., D/B/A ESSENTIAL PHARMACY COMPOUNDING | MAGISTRATE JUDGE KAY |

## ORDER

Before the Court is a Motion to Allow Sale of Corporate Assets [Rec. Doc. 178] filed by the Defendant, Kohll's Pharmacy & Homecare, Inc., d/b/a Essential Pharmacy Compounding ("Kohll's"). The Government opposes the motion. [Rec. Doc. 179].

On February 23, 2018, Kohll's was sentenced to serve a five-year term of probation, pay a $200,000.00 fine, and pay $300.00 in special assessments. [Rec. Doc. 131]. The conditions of Kohll's probation include the following restrictions:

> [T]he defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal and monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

> [T]he defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

[Rec. Doc. 134, p. 2].

Kohll's has paid the imposed fine of $200,000.00 and special assessment in full. Kohll's motion requests permission from the Court to sell its assets to SAKRX, LLC, who is willing to assume any unfulfilled conditions of probation.

The Government opposes the motion because it views the request as contrary to the sentencing goals set forth in 18 U.S.C. § 3553(a)(2). The Government also argues that the request is premature pursuant to 18 U.S.C. § 3564(c), which states in relevant part:

> (c) Early termination. -- The court, after considering the factors set forth in section 3553(a) [] may [] terminate a term of probation previously ordered and discharge the defendant [] at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

See 18 U.S.C. § 3564(c).

Although Kohll's has met its financial obligation, the request to sell its assets to SAKRX, LLC is consistent with a request for the early termination of probation. The Government correctly notes that per the plain language of 18 U.S.C. § 3564(c), this Court cannot terminate probation imposed for a felony offense until the defendant has served at least one year of its probation term. Kohll's motion [Rec. Doc. 178] is premature, and is hereby **DENIED**.

**THUS DONE AND SIGNED**, this __7th__ day of September, 2018.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE